NO. 07-04-0402-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 4, 2005

______________________________

ELIZABETH A. FIDDLER AND BARRY FIDDLER, APPELLANTS

V.

JAMES D. JACKSON, JR. MD.; ADVANCED SURGERY

GROUP, P.L.L.C.; PALESTINE PRINCIPAL HEALTHCARE

LIMITED PARTNERSHIP D/B/A PALESTINE REGIONAL

MEDICAL CENTER; AND PALESTINE-PRINCIPAL G.P., INC.,  APPELLEES

_________________________________

FROM THE 369TH DISTRICT COURT OF ANDERSON COUNTY;

NO. XXX-XX-XXXX; HONORABLE DEBORAH OAKES EVANS, JUDGE

_______________________________

Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

On May 2, 2005, appellants filed an Unopposed Motion to Dismiss Appeal.  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.  Tex. R. App. P. 42.1.   All costs incurred are adjudged against the party incurring the same.    

James T. Campbell

            Justice